UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA

                    -against-

BRUCE ALLEN,

                       Defendant.
------------------------------------------------------------X

**MEMORANDUM**

22 Cr. 640 (KMK)

TO:   KENNETH M. KARAS, UNITED STATES DISTRICT JUDGE

      Please find attached a transcript of the July 1, 2025, plea allocution over which I presided, setting forth my Report and Recommendation to you. Please let me know if I can be of further assistance.

Dated:  August 6 2025
         White Plains, New York

                                             Respectfully submitted,

                                             ANDREW E. KRAUSE
                                             United States Magistrate Judge

August 6, 2025

      This transcript represents my Report and Recommendation to the Honorable Kenneth M. Karas, United States District Judge.

                                                    **SO ORDERED.**

_____
ANDREW E. KRAUSE
United States Magistrate Judge